UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT GRUNDSTEIN,

    Plaintiff,

vs.

WASHINGTON STATE BAR ASSOCIATION, *et al.*,

    Defendants.

No. C12-569RSL

ORDER

This matter comes before the Court *sua sponte*. On May 29, 2012, the Court imposed $300 in sanctions on the Plaintiff and ordered him to "certify to the Court that he has read the Local General and Civil Rules." Dkt. # 47. On June 1, Plaintiff filed the requested certification. Dkt. # 48. And the Court has now been informed that Plaintiff has paid his sanctions. Accordingly, Plaintiff may now resume filing.

The Court also notes that Plaintiff has two pending motions. Because circumstances appear to have changed while they were pending, see Dkt. # 49 (noting that the state court proceedings have since concluded), the Court directs Plaintiff to file a notice with the Court as to whether he still wishes those motions to be considered. If so, the Court will re-note them.

DATED this 3rd day of July, 2012.

                                              /s/ Robert S. Lasnik
                                              Robert S. Lasnik
                                              United States District Judge

ORDER - 1